# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

ROTH GRADING, INC. d/b/a    )
IMPACT ROLLER TECHNOLOGY,  )
a Nebraska Corporation,     )
                     )        **8:06CV724**
       Plaintiff,   )
                     )        **ORDER**
   vs.          )
                     )
STEPHENS MDS LP, a Georgia  )
Limited Partnership,      )
                     )
      Defendant.   )

Upon review of the Report of Parties' Planning Conference [9],

**IT IS ORDERED** that the progression of this case is held in abeyance.  A progression order will be entered, if necessary, after Judge Smith Camp rules on the defendant's Motion to Dismiss [2] pursuant to Fed. R. Civ. P. 12(b)(2).

**DATED February 6, 2007.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**